UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITY CONSTRUCTION, INC., [In the name of the United States]<br><br>Plaintiff,<br><br>v.<br><br>TRICORE, INC., and<br>WESTCHESTER FIRE INSURANCE COMPANY<br><br>Defendants. | Civil Action No. 1:12-cv-11391-JLT |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) (1) (ii), the Plaintiff, Unity Construction, Inc., and the Defendants, Tricore, Inc., and Westchester Fire Insurance Company (collectively, the "Parties"), hereby jointly stipulate that all of the claims asserted by Plaintiff against the Defendants should be dismissed with prejudice, each side to bear its own costs and attorneys' fees and waiving all rights of appeal.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

WHEREFORE, the Parties stipulate and agree to the dismissal of this action.

Respectfully Submitted,

| PLAINTIFF | DEFENDANTS |
|---|---|
| Unity Construction, Inc., <br> by its attorney, <br><br> /s/ Michael B. Feinman <br> Michael B. Feinman, Esq. (BBO# 545935) <br> Feinman Law Offices <br> 23 Main Street <br> Andover, MA 01810 <br> (978)475-0080 <br> mbf@feinmanlaw.com | Tricore, Inc., <br> by its attorney, <br><br> /s/ Edward D. Kutchin <br> Edward D. Kutchin, Esq. (BBO# 281920) <br> Berluti McLaughlin & Kutchin LLP <br> 44 School Street, 9th Floor <br> Boston, MA 02108 <br> (617)557-3030 <br> ekutchin@bmklegal.com |

Westchester Fire Insurance Company,
by its attorney,

/s/ Robert E. Riley
Robert E. Riley, Esq. (BBO# 420660)
Law Office of Robert E. Riley
225 Franklin Street, 26th Flr.
Boston, MA 02110
(617)217-2075
rrileylaw@comcast.net